UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | |
| WALTER SOLOMON,<br><br>        Plaintiff,<br><br>  v.<br><br>C.R. BARD INC.; and BARD PERIPHERAL VASCULAR, INC.,<br><br>        Defendants. | C19-1469 TSZ<br><br>MINUTE ORDER |
| ALEXANDER ELIZABETH ROURKE,<br><br>        Plaintiff,<br><br>  v.<br><br>C.R. BARD INC.; and BARD PERIPHERAL VASCULAR, INC.,<br><br>       Defendants. | C19-1471 TSZ |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On or before January 31, 2020, plaintiff in each case shall file an amended complaint complying with the requirements of Federal Rule of Civil Procedure 8(a) and setting forth the citizenships of the parties for purposes of establishing diversity jurisdiction. Any responsive pleading shall be due in accordance with Federal Rule of Civil Procedure 15(a)(3).

(2) A scheduling conference is SET for 10:00 a.m. on February 6, 2020.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of January, 2020.

                                              William M. McCool  
                                              Clerk

                                              s/Karen Dews  
                                              Deputy Clerk