# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ALEXANDRA ELIZABETH ROURKE,

    Plaintiff,

  v.

C.R. BARD INCORPORATED, et al.

    Defendants.

C19-1471 TSZ

MINUTE ORDER
SETTING TRIAL DATE AND
RELATED DATES

| | |
|---|---:|
| **JURY TRIAL DATE** | **August 23, 2021** |
| Length of Trial | 15 days |
| Plaintiff will produce the completed Plaintiff Fact Sheet and related information utilized in the In re: C. R. Bard, Inc. IVC Filter MDL by | February 10, 2020 |
| Defendants will produce the Defendants' Fact Sheet and related information utilized in the In re: C. R. Bard, Inc. IVC Filter MDL by | March 9, 2020 |
| Fact Discovery Deadline | August 24, 2020 |
| Expert Reports by Plaintiff | October 5, 2020 |
| Plaintiff's experts deposed | November 16, 2020 |
| Expert reports by Defendants | December 14, 2020 |
| Defendants' experts deposed | January 25, 2021 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | January 28, 2021 |
| Disclosure of rebuttal expert reports | February 22, 2021 |

MINUTE ORDER - 1

| | |
|---|---|
| Any rebuttal experts deposed | March 22, 2021 |
| Expert discovery cutoff | March 22, 2021 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | May 17, 2021 |
| All motions related to expert witnesses (*e.g.*, Daubert motion) must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | May 17, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference (see LCR 7(d)(4)) | July 22, 2021 |
| Agreed Pretrial Order due[1] | August 6, 2021 |
| Trial briefs, proposed voir dire questions and jury instructions due | August 6, 2021 |
| Pretrial Conference to be held at 11:00 a.m. on | August 13, 2021 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1.

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain

---

[1] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

SETTING TRIAL DATE AND RELATED DATES - 2

blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendants' exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendants' last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendants' exhibits shall begin with the number 200; if defendants' last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial might have to await the completion of other cases.

Should this case settle, counsel shall notify Karen Dews at (206) 370-8830 as soon as possible.

Having review the parties' joint status report, the Court is satisfied that no scheduling conference is required.

A copy of this Minute Order shall be mailed to all counsel of record.

Dated this 13th day of February, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

SETTING TRIAL DATE AND RELATED DATES - 3