1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

ALEXANDRA ELIZABETH ROURKE,

8

Plaintiff,

9

v.

C19-1471 TSZ

10

C.R. BARD INCORPORATED, et al.,

MINUTE ORDER

11

Defendants.

12

13

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

14

15

(1)     The parties' joint motion, docket no. 33, to extend the fact discovery deadline is GRANTED, and the fact discovery deadline is EXTENDED from August 24, 2020, to September 24, 2020.  All other dates and deadlines set forth in the Minute Order Setting Trial Date and Related Dates, docket no. 26, shall remain in full force and effect.

16

17

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

18

Dated this 14th day of August, 2020.

19

William M. McCool
Clerk

20

21

s/Karen Dews
Deputy Clerk

22

23

MINUTE ORDER - 1