UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDRA ELIZABETH ROURKE,

Plaintiff,

v.

C.R. BARD INCORPORATED, et al.,

Defendants.

C19-1471 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Plaintiff's motion, docket no. 35, to amend the scheduling order, docket no. 26, is GRANTED in part and DENIED in part as follows:

(a)   The deadline for completing fact discovery is EXTENDED from September 24, 2020, to November 2, 2020, **for the sole purpose of deposing Dr. Christopher Daly**;

(b)   The deadline for plaintiff to disclose expert reports is EXTENDED from October 5, 2020, to November 12, 2020;

(c)   The deadline for defendants to disclose expert reports is EXTENDED from December 14, 2020, to January 21, 2021;

(d)   The deadline for expert depositions (other than for rebuttal experts) is EXTENDED to February 22, 2021; and

(e)   All other dates and deadlines set forth in the Minute Order entered February 13, 2020, docket no. 26, remain in full force and effect.

MINUTE ORDER - 1

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of October, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2