The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEXANDRA ELIZABETH ROURKE,<br><br>                          Plaintiff,<br><br>    vs.<br><br>C R BARD INCORPORATED, BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>                          Defendants. | NO. 2:19-cv-01471-RSM<br><br>JOINT AMENDED SCHEDULING ORDER |

The Court sets the following amended deadlines:

| ECF No. 26 Date | Proposed Amended Dates | Deadline |
|---|---|---|
| February 22, 2021 (ECF No. 37) | March 24, 2021 | Experts Deposed |
| March 1, 2021 (ECF No. 41) | March 29, 2021 | Opposition Papers to Bard's Motion for Summary Judgment |
| March 5, 2021 (ECF No. 41) | April 2, 2021 | Noting Date for Bard's Motion for Summary Judgment |
| March 22, 2021 | April 21, 2021 | Rebuttal Experts Deposed |
| March 22, 2021 | April 21, 2021 | Expert Discovery |
| May 17, 2021 | June 16, 2021 | Dispositive motions |
| May 17, 2021 | June 16, 2021 | Motions related to Expert Witnesses |
| July 22, 2021 | August 23, 2021 | Motions in Limine |

JOINT AMENDED SCHEDULING ORDER
NO. 2:19-cv-01471-RSM

- 1 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1724518/8284-0011

| ECF No. 26 Date | Proposed Amended Dates | Deadline |
|---|---|---|
| August 6, 2021 | September 6, 2021 | Agreed Pretrial Order |
| August 6, 2021 | September 6, 2021 | Voir Dire/Jury Instructions/Trial Briefs |
| August 13, 2021 | To be set | Pretrial Conference |

DATED this 23rd day of February, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT AMENDED SCHEDULING ORDER
NO. 2:19-cv-01471-RSM

- 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1724518/8284-0011